**In re GOOGLE INC., Petitioner.**

No. 2014–152.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2014.

**ORDER**

**ON PETITION**

Upon consideration of the parties' September 24, 2014 letters stating that the petition is moot,

It Is Ordered That:

The petition is dismissed.